IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| Bobby Chancery, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 5:13-cv-05309-PKH |
| Bluestem Brands, Inc. d/b/a Fingerhut, | : |
| Defendant. | : |

NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 15, 2014

          Respectfully submitted,

          PLAINTIFF, Bobby Chancery

          /s/ Sergei Lemberg

          Sergei Lemberg, Esq.
          **LEMBERG LAW, L.L.C.**
          1100 Summer Street, 3rd Floor
          Stamford, CT 06905
          Telephone: (203) 653-2250
          Facsimile:  (203) 653-3424
          slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 15, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Western District of Arkansas Electronic Document Filing System (ECF), which sent notice of such filing to the following parties:

R. Christopher Lawson, Ark. Bar # 93083
FRIDAY ELDREDGE & CLARK., LLP
3425 North Futrall Drive, Suite 103
Fayetteville, Arkansas 72703

                                        By /s/ Sergei Lemberg
                                              Sergei Lemberg, Esq.